## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

MemberSelect Insurance Company

                                          Plaintiff,

v.                                                     Case No.: 1:18−cv−02093
                                                     Honorable Charles R. Norgle Sr.

Tesla, Inc.

                                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 2, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Status hearing held on 11/2/2018. Ruling on fully briefed motion to dismiss will be mailed within 14 days. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.